**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-2243**

JAMES LAWRENCE SMITH,

                    Plaintiff - Appellant,

          v.

HONORABLE ED CLONTZ; JOHN DOE 1; JOHN DOE 2; JANE DOE 1;
JANE DOE 2; MARTHA ELIZABETH GRIST; STATE OF NORTH CAROLINA,

                    Defendants - Appellees.


Appeal from the United States District Court for the Western
District of North Carolina, at Asheville.  Martin K. Reidinger,
District Judge.  (1:14-cv-00269-MR-DLH)


Submitted:  February 12, 2015      Decided:  February 18, 2015


Before MOTZ, WYNN, and FLOYD, Circuit Judges.


Affirmed by unpublished per curiam opinion.


James Lawrence Smith, Appellant Pro Se.


Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Lawrence Smith appeals the district court's order dismissing his civil rights complaint for failure to state a claim. 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Smith v. Clontz, No. 1:14-cv-00269-MR-DLH (W.D.N.C. filed Oct. 20, 2014, entered Oct. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED